UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. SING LOUIE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THOMAS DEPNER, EDWARD CURRN, and MADINE COLLINS,<br><br>　　　Defendants.<br>_____/ | No. CIV. S-10-2106 FCD KJN PS<br><br><br><br>**RELATED CASE ORDER** |
| G. SING LOUIE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DIALYSIS CLINIC, INC., ELENA SADUR, and LESLIE WOLF,<br><br>　　　Defendants,<br>_____/ | No. CIV. S-10-2113 LKK KJN |
| G. SING LOUIE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DIALYSIS CLINIC, INC., ELENA SADUR, and LESLIE WOLF,<br><br>　　　Defendants.<br>_____/ | No. CIV. S-10-2366 KJM GGH |

1      Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the
3 same or similar claims, the same property transaction or event, similar questions of fact and the
4 same questions of law, and would therefore entail a substantial duplication of labor if heard by
5 different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect
6 a substantial savings of judicial effort and is also likely to be convenient for the parties.

7      The parties should be aware that relating the cases under Local Rule 123 merely has the
8 result that these actions are assigned to the same judge; no consolidation of the actions is
9 effected.  Under the regular practice of this court, related cases are generally assigned to the
10 judge and magistrate judge to whom the first filed action was assigned.

11      IT IS THEREFORE ORDERED that the action denominated CIV. S-10-2113 LKK KJN,
12 is hereby reassigned to District Judge Frank C. Damrell, Jr.  for all further proceedings.  Having
13 already been randomly assigned to Magistrate Judge Kendall J. Newman, it does not require
14 reassignment of the Magistrate Judge.  The action denomiated CIV. S-10-2366 KJM GGH is
15 reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Kendall J. Newman for
16 all further proceedings.  Any dates currently set in these reassigned cases <u>only</u> are hereby
17 VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown
18 as: **CIV. S-10-2113 FCD KJN, and CIV. S-10-2366 FCD KJN**.

19      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
20 assignment of civil cases to compensate for this reassignment.

21      IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Status
22 Report for the undersigned.

23      IT IS SO ORDERED.
24 DATED: February 11, 2011

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE