UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS DEPNER, et al.,<br><br>        Defendants. | NO. 2:10-cv-2106 FCD KJN<br><br>**ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS** |

----oo0oo----

    1.   The hearing on Chapter 7 Trustee's Motion to Refer this Case to the United States Bankruptcy Court (Docket No. 25) is continued to September 16, 2011, at 10:00 a.m.  Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than September 2, 2011.  The Trustee may file and serve a reply on or before September 9, 2011.

    2.   Plaintiff's counsel is ordered to show cause why he should not each be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to the trustee's motion in compliance with Local Rule 230(c).

    3.   Plaintiff's counsel shall file his response to the order to show cause on or before September 2, 2011.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: August 22, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2