1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE S. LOUIE, | ) | Case No. 2:11-CV-00886-MCE-JFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RELATED CASE ORDER** |
| v. | ) | |
| | ) | |
| PAULA ERICSON and STEVENSON ERICSON dba WHITEY'S JOLLY KONE, and WH SHAU-LINN and WH CAN XIANG dba LEE's CANTON RESTAURANT, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| GEORGE S. LOUIE, | ) | Case No. 2:10-CV-2106 JAM-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS DEPNER, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| G. SING LOUIE, | ) | Case No. 2:10-cv-2113 JAM-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIALYSIS CLINIC, INC., ELENA SADUR and LESLIE WOLF, | ) ) | |
| | ) | |
| Defendants. | ) | |

28

1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  G. SING LOUIE,                        )
                                          )
 2                  Plaintiff,            )  Case No. 2:10-cv-2366 JAM-KJN
                                          )
 3       v.                               )
                                          )
 4  DIALYSIS CLINIC, INC., ELENA          )
    SADUR, and LESLIE WOLF,               )
 5                                        )
                    Defendants.           )
 6  _____  )
                                          )
 7  GEORGE S. LOUIE,                      )
                                          )  Case No. 2:10-cv-2530 JAM-KJN
 8                  Plaintiff,            )
                                          )
 9       v.                               )
                                          )
10  CALIFORNIA JUDICIAL COUNCIL,          )
    et al.,                               )
11                                        )
                    Defendants.           )
12  _____  )
    GEORGE S. LOUIE,                      )
13                                        )  Case No. 2:11-cv-0074 JAM-KJN
                    Plaintiff,            )
14                                        )
         v.                               )
15                                        )
    VOLVO-CALIFORNIA SWEDISH, et al.,     )
16                                        )
                    Defendants.           )
17  _____  )
                                          )
18  GEORGE S. LOUIE,                      )
                                          )  Case No. 2:11-cv-0107 JAM-KJN
19                  Plaintiff,            )
                                          )
20       v.                               )
                                          )
21  KIM SPINELLA, et al.,                 )
                                          )
22                  Defendants.           )
                                          )
23  _____  )
    GEORGE S. LOUIE,                      )
24                                        )
                    Plaintiff,            )  Case No. 2:11-cv-0108 JAM-KJN
25                                        )
         v.                               )
26                                        )
    STOMER FAMILY 2000 REVOCABLE          )
27  TRUST, et al.,                        )
                                          )
28                  Defendants.           )
                                          )
```

2

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  _____
                                    )
 2  GEORGE S. LOUIE,                )
                                    )
 3              Plaintiff,          )  Case No. 2:011-cv-0882 JAM-KJN
                                    )
 4      v.                          )
                                    )
 5  ADAM RAMIREZ dba RAMIREZ TOWING,)
    et al.,                         )
 6                                  )
                Defendants.         )
 7  _____)
                                    )
 8  GEORGE S. LOUIE,                )
                                    )  Case No. 2:11-cv-0883 JAM-KJN
 9              Plaintiff,          )
                                    )
10      v.                          )
                                    )
11  DON JOHNSON,                    )
                                    )
12              Defendant.          )
                                    )
13  _____)
                                    )
14  GEORGE S. LOUIE,                )
                                    )
15              Plaintiff,          )  Case No. 2:11-cv-0884 JAM-KJN
                                    )
16      v.                          )
                                    )
17  PRAFULBHAI & JYOTSANABEN PATEL dba )
    HOTELPLAZA, et al.,             )
18                                  )
                Defendants.         )
19  _____)
                                    )
20  GEORGE S. LOUIE,                )
                                    )  Case No. 2:11-cv-0885 JAM-KJN
21              Plaintiff,          )
                                    )
22      v.                          )
                                    )
23  STOCKTON BLVD. STORE, LLC. dba  )
    MINI STORE, et al.,             )
24                                  )
                Defendants.         )
25  _____)
```

26      Examination of the above-entitled actions reveals that these

27  actions are related within the meaning of Local Rule 123 (E.D. Cal.

28  2005). Accordingly, the assignment of the matters to the same judge

3

PDF created with pdfFactory trial version www.pdffactory.com

and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:11-CV-00886 MCE-JFM be reassigned to Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further proceedings, and any dates currently set in this reassigned case *only* are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:11-CV-00886 JAM-KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: November 8, 2011

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com